IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE O. SMITH,

     Plaintiff,                    No. CIV S-02-1473 LKK GGH P

    vs.

M.R. MALDONADO, et al.,

     Defendants.            ORDER

_____/

        On January 20, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 2, 2004,[1] vacating defendants' May 21, 2004 motion for summary judgment without prejudice, and granting in part and denying in part plaintiff's December 2, 2004 motion to compel production.[2] Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire

---

[1] Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." However, defendants timely sought, and were granted, two extensions of time to file their request for reconsideration. See Orders, filed on December 22, 2005 and January 14, 2005.

[2] Plaintiff's motion was originally filed on October 16, 2003, vacated by order filed on September 9, 2004, and deemed re-filed and re-submitted by the filed date of the order that is at issue herein.

1

1 | file, the court finds that it does not appear that the magistrate judge's ruling was clearly
2 | erroneous or contrary to law.
3 |       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
4 | magistrate judge filed December 2, 2004, is affirmed.
5 | DATED: May 19, 2005.

                                  /s/Lawrence K. Karlton
                                  UNITED STATES DISTRICT JUDGE

/smit1473.850