IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE O. SMITH,

    Plaintiff,                              No. CIV S-02-1473 LKK GGH P

vs.

M.R. MALDONADO, et al.,

    Defendants.                       <u>ORDER</u>

_____/

        On June 24, 2005, defendants filed a request for reconsideration of the magistrate judge's order filed June 22, 2005, denying defendants' motion to amend on the ground that it is clearly erroneous. In addition, defendants request reconsideration of the protective order filed June 22, 2005, only to the extent that it may be interpreted as requiring defendants to disclose information that would identify and threaten the safety of confidential inmate informants.[1]

---

[1] Defendants' request for reconsideration of the protective order is particularly dubious in light of the fact that the protective order was wholly fashioned from defendants' own proposed order with the only modification made by the magistrate judge clarifying and making explicit the negative ramifications for plaintiff should he be tempted to divulge any information with respect to confidential informants in inmate Stringfellow's prison file. To the extent that defendants seek to argue that it was implicit that identification of confidential informants would be redacted from the file, this constitutes the second time defendants have sought to disavow their own filings in this case. Moreover, the need for identification of individuals to prove the facts established by those persons is obvious. If defendants concede the information provided by any confidential informant in Stringfellow's central file as an uncontested matter, only then would

1  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld
2  unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that
3  it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.
4  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
5  magistrate judge filed June 22, 2005, is affirmed.
6  DATED: August 15, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/smit1473.850(1)

---

the need be obviated for plaintiff to have access to the identification of any such individuals as possible trial witnesses in this matter.

2