1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE O. SMITH,

        Plaintiff,                    No. CIV S- 02-1473 LKK GGH P

     vs.

M.R. MALDONADO, et al.,

        Defendants.               <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On August 16, 2005, defendants filed a notice that they were in compliance with orders filed on June 22, 2005 and August 15, 2005, and that the central and medical files of inmate Stringfellow were available for plaintiff's inspection. In a letter filed on September 7, 2005, however, plaintiff seeks court assistance to be able to inspect the Stringfellow files because the Mule Creek State Prison Litigation Coordinator has apparently been unable to process plaintiff's request to do so. Defendants are directed to file a response within ten (10) days showing cause

\\\\\
\\\\\
\\\\\
\\\\\

1

1 | why sanctions should not be imposed upon them for failing to comply with court orders and
2 | setting forth that the requisite access has been provided to plaintiff.
3 |       IT IS SO ORDERED.
4 | DATED:  9/13/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
smit1473.rsp