IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE O. SMITH,

    Plaintiff,                       No. CIV S-02-1473 LKK GGH P

  vs.

M. R. Maldonado, et al.,

    Defendants.                ORDER

_____/

        By order filed on September 14, 2005, this court ordered defendants to show cause why sanctions should not be imposed on them for failing to comply with court orders and setting forth that plaintiff's access to the central and medical files of inmate Stringfellow have been made available for plaintiff's inspection.[1] Defendants' response, also filed on September 14, 2005, has discharged the show cause order. Based on defendants' showing, the court finds at this time that sanctions are not warranted.

        IT IS SO ORDERED.

DATED: 9/22/05                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009/smit1473.dsc

---

[1] Plaintiff's inspection is subject to the court's protective order, filed on June 22, 2005.

1