IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE O. SMITH,

    Plaintiff,                    No. CIV S- 02-1473 LKK GGH P

    vs.

M. R. MALDONADO, et al.,

    Defendants.              <u>ORDER</u>

        Defendants ask the court to reconsider its order filed on November 23, 2005 to the extent of granting plaintiff an additional 30 days to file his opposition to defendants' pending motion for summary judgment. In light of their representation that plaintiff may not be allowed additional time to review the Stringfellow file until December 23, 2005, the court will construe the request as one for an extension of time on behalf of plaintiff and will grant it.

        Accordingly, IT IS ORDERED that:

        1. Defendants' request for reconsideration by the undersigned of this court's order, filed on November 23, 2005, construed as a request for an extension of time for plaintiff to file his opposition to defendants' motion for summary judgment, is granted;

\\\\\

\\\\\

1    2.  Plaintiff must file his opposition by January 23, 2006; and

2    3.  The November 23, 2005 order remains otherwise in effect.

3  DATED:  12/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
smit1473.ext