IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE O. SMITH,

      Plaintiff,                    No. CIV S-02-1473 LKK GGH P

      vs.

M. R. MALDONADO, et al,

      Defendants.               ORDER

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 29, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Defendants filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2006, are adopted in full;

2. Defendants' motion for summary judgment and supplemental summary judgment, re-noticed on September 16, 2005, is granted in part and denied in part, as follows:

    a. Granted as to defendants Bulanon, Pannell, Arthur, Silva, Reyes, and Knowles; and

    b. Denied as to defendants Maldonado and Scharosch, and this action shall proceed as to these defendants only.

DATED: September 27, 2006

_____
UNITED STATES DISTRICT JUDGE

/smit1473.804